IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02567-MSK-KLM

JASON BURGE,

　　Plaintiff,

v.

HELMERICH & PAYNE, INC., a Delaware corporation,
HELMERICH & PAYNE INTERNATIONAL DRILLING, a Delaware corporation,
OCCIDENTAL PETROLEUM CORPORATION, a California corporation,
OCCIDENTAL OIL & GAS CORPORATION, a Texas corporation, and
OXY USA WTP, LP, a Delaware limited partnership

　　Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

　　This matter is before the Court on **Helmerich Defendants' Motion for Protective Order** [Docket No. 32; Filed May 24, 2010] (the "Motion"). As the Motion is unopposed [Docket No. 34],

　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

　　IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an Order of the Court as of today's date.

Dated: May 25, 2010