IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02567-MSK-KLM

JASON BURGE,

    Plaintiff,

v.

HELMERICH & PAYNE, INC., a Delaware corporation, and
HELMERICH & PAYNE INTERNATIONAL DRILLING, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Helmerich Defendants' Unopposed Motion for Leave to Designate a Non-Party at Fault** [Docket No. 42; Filed June 28, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Colo. Rev. Stat. § 13-21-111.5(3)(b) specifically contemplates that upon a showing of good cause, additional time to designate nonparties at fault may be provided by the Court. Defendants have made that showing here.

    IT IS FURTHER **ORDERED** that the Court accepts Helmerich Defendants' Supplemental Designation of Nonparties at Fault [Docket No. 42-1] for filing as of the date of this Minute Order.

Dated: June 29, 2010